**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZINA VIDAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:17-cv-1359 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On April 4, 2019, Zina Vidal, and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 17) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees in the total amount of $4,200.00 are **AWARDED** to Plaintiff, Zina Vidal.

IT IS SO ORDERED.

Dated: **April 5, 2019**           **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE